IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 12-50038-001            USA v. GINA MEJIA-SANCHEZ

COURT PERSONNEL:                     APPEARANCES:

Judge: JIMM LARRY HENDREN            Govt. CLAY FOWLKES

Clerk: GAIL GARNER                   Deft. GREG VARDAMAN

Reporter: GAIL GARNER                Interpreter: DEBBIE ANDRADE

**SENTENCING MINUTE SHEET**

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

(X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
(X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
(X) Inquiry made that defendant is satisfied with counsel.
(X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
(X) Presentence investigation report reviewed in open court.
(X) Court expresses final approval of plea agreement.
(X) Government moves for downward departure pursuant to 5K1.1 - granted by court and 2-level departure awarded.
(X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
(X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
(X) Attorney for government afforded opportunity to make statement to court.
(X) Court proceeded to impose sentence as follows:

46 months imprisonment; no supervised release to follow; $10,000.00 fine - interest waived.

Criminal No. 12-50038-001

- (X) Defendant ordered to pay total special assessment of $100.00, for count 3, which shall be due immediately.
- (X) Counts 1 and 2 dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant remanded to the custody of the USMS.

DATE: FEBRUARY 7, 2013			Proceeding began: 10:40 AM

						ended: 11:11 AM